**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **CAROLYN OLECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:25-CV-00152** |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| **MICHAEL STAPLETON ASSOCIATES, LTD., d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, respectfully moves for an extension of 14 days to respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned case. Should the Court grant this motion, Defendant's responsive pleading will be due on April 7, 2026. Undersigned counsel emailed counsel for Plaintiff, Joshua Erlich and Stephani Ayers, on March 23, 2026, requesting Plaintiff's consent to this motion. Undersigned counsel emailed counsel for Plaintiff, Mr. Erlich and Ms. Ayers, again on March 24, 2026, seeking consent. As of the time of this filing, Plaintiff's counsel has not responded.

Good cause exists for the Court to grant this motion. Pursuant to 22 C.F.R. § 172.5 (and MSA's contract with the U.S. Department of State ("DoS")), MSA submitted a *Touhy* request to DoS in anticipation of Olech requesting official DoS documents and/or information for use in this litigation. Part of MSA's *Touhy* request was a specific request to reference, quote, or attach certain DoS and DoS Office of Inspector General ("OIG") documents to MSA's response to the Complaint. MSA has not received DoS's response to its *Touhy* request. DoS recently informed undersigned counsel that it will likely have an answer to MSA's *Touhy* request within the next two weeks.

WHEREFORE, Defendant respectfully submits that there is good cause for the Court to grant this motion. For the Court's convenience, a proposed Order is filed herewith.

Respectfully submitted,

Date: March 24, 2026

*/s/ Chelsea A. Cruz*

Chelsea A. Cruz (VSB 96177)
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Joshua Erlich (VA Bar No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA22209
jerlich@erlichlawoffice.com

Stephani L. Ayers (*pro hac* admission pending)
Government Accountability Project
POB 1061
Medford, OR 97501
stephani@whistleblower.org

*Attorneys for Plaintiff*

*/s/ Chelsea A. Cruz*

Chelsea A. Cruz