**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **CAROLYN OLECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:25-CV-00152** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Court, having before it Defendant's Motion for an Extension of Time to Respond to Plaintiff's Complaint, and good cause appearing for the Motion.

IT IS HEREBY ORDERED that Defendant shall file its responsive pleading to Plaintiff's Complaint on or before April 7, 2026.

March ___, 2026

_________________________________
UNITED STATES DISTRICT JUDGE