**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **CAROLYN OLECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:25-CV-00152** |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT'S** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **MOTION TO DISMISS THE** |
| **d/b/a MSA SECURITY, INC.** | ) | **COMPLAINT OR, IN THE** |
| | ) | **ALTERNATIVE, A MOTION TO** |
| **Defendant.** | ) | **STRIKE PORTIONS OF THE** |
| | ) | **COMPLAINT** |

Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), through counsel, respectfully submits this Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, a Motion to Strike portions of the complaint under Fed. R. Civ. P. 12(f).

A Memorandum of Points and Authorities as well as a Proposed Order are being filed contemporaneously herewith.

Respectfully submitted,

Date: March 24, 2026

*/s/ Daniel S. Ward*

Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Joshua Erlich (VA Bar No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA22209
jerlich@erlichlawoffice.com

Stephani L. Ayers (*pro hac* admission pending)
Government Accountability Project
POB 1061
Medford, OR 97501
stephani@whistleblower.org

*Attorneys for Plaintiff*

*/s/ Daniel S. Ward*

Daniel S. Ward