**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **CAROLYN OLECH,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**<br><br>***Defendant.*** | **CASE NO.:** 5:25-CV-00152 |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Rule 6(d) of the Local Rules of the United States District Court for the Western District of Virginia, the undersigned, Joshua Ehrlich, hereby moves this Court for an Order admitting Ms. Stephani L. Ayers, Esq., Government Accountability Project, 1612 K St. NW St, Suite 808 Washington DC 20006, to serve as lead counsel *Pro Hac Vice* in association with me for the purpose of representing Plaintiff, Carolyn Olech, in the above styled case only, and pursuant to the CM/ECF Administrative Procedures Section C. to permit Stephani L. Ayers, Esq., to use the CM/ECF to file (she is registered from *Lancaster v. MSA*) and receive electronic filings in this case and in support thereof, states as follows:

1. Stephani L. Ayers is not admitted to practice in the United States District Court for the Western District of Virginia but does have *pro hac vice* status in a related case of *Lancaster v. Michael Stapleton Associates, Ltd.*, and is a member in good standing of the bar of the State of Washington with bar number 31610, having been admitted on November 19, 2001. Her current good standing certificate is attached hereto. There are no disciplinary proceedings against her in any state or federal court.

2. Movant, Joshua Erlich, of the law firm of The Erlich Law Office, PLLC, 1550 Wilson Blvd., Ste. 700, Arlington, VA 22209, 1 (540) 667-1330, is a member in good standing of the Virginia State Bar and the United States District Court for the Western District of Virginia. He is authorized to file through the Court's electronic filing system.

WHEREFORE, the Movant, Joshua Erlich, respectfully moves this Court to enter an Order granting the *pro hac vice* admission of Stephani L. Ayers to this Court for the Plaintiff, Carolyn Olech, for all purposes relating to the proceedings in the above styled matter, permitting Stephani L. Ayers to use her previously registered CM/ECF account established in *Lancaster v. MSA*, for this case, and providing such further relief as this cause may require.

Dated: April 7, 2026

Respectfully Submitted,

/s/ Joshua Erlich
The Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA 22209
Tel: (703) 791-9087
Fax: (703) 722-8114
Attorneys for Carolyn Olech