CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

04/16/2026

LAURA A. AUSTIN, CLERK

BY: /s/ Amy Fansler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

Carolyn Olech,                                )
        Plaintiff,                          )        Civil Action No. 5:25-cv-00152
                                )
v.                                            )        SCHEDULING ORDER ADDENDUM
                                )
Michael Stapleton Associates, Ltd.,           )        By:    Joel C. Hoppe
d/b/a MSA Security, Inc.,                      )                  United States Magistrate Judge
        Defendant.                          )

      1.      The parties should contact Judge Hoppe's chambers by email at hoppe.ecf@vawd.uscourts.gov for scheduling any matters before Judge Hoppe.

      2.      Before filing a contested discovery motion, the parties must email Judge Hoppe's chambers at hoppe.ecf@vawd.uscourts.gov and attach to the email a joint document of no more than five (5) pages identifying the discovery request(s) at issue, the parties' arguments for why the discovery should or should not be produced, and the requesting party's certification under Rule 26(c)(1) of the Federal Rules of Civil Procedure that the party "has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c)(1); *accord* Fed. R. Civ. P. 37(a)(1). The Court expects that the parties will work collaboratively to prepare the joint document. After receiving the parties' email, chambers will direct the Clerk's office to file the document on CM/ECF and promptly schedule an informal hearing on the record.

      It is so ORDERED.                ENTER: April 16, 2026

                                        Joel C. Hoppe
                                        U.S. Magistrate Judge