**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **CAROLYN OLECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:25-CV-00152** |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT'S NOTICE ATTACHING EXHIBITS 1–2 OF MSA'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, A MOTION TO STRIKE PORTIONS OF THE COMPLAINT (ECF 5)** |
| **MICHAEL STAPLETON ASSOCIATES, LTD., d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), through counsel, respectfully provides notice that it is filing and attaching Exhibit 1 and Exhibit 2 to its March 24, 2026 Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, a Motion to Strike portions of the complaint under Fed. R. Civ. P. 12(f). *See* ECF 5.

MSA has obtained authorization from the U.S. Department of State ("DoS") and the DoS's Office of Inspector General ("OIG"), pursuant to the U.S. Department of State's *Touhy* regulations, to file these documents on the public docket. Consistent with MSA's representations in its March 24, 2026 motion, MSA is now providing copies of these documents to the Court and to opposing counsel, in connection with MSA's pending motion.

Respectfully submitted,

Date: May 19, 2026

*/s/ Chelsea A. Cruz*

Chelsea A. Cruz (VSB 96177)
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Paxton R. L. Ouellette (VSB 101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900

Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com
POuellette@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Joshua Erlich (VA Bar No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA22209
jerlich@erlichlawoffice.com

Stephani L. Ayers (*pro hac* admission pending)
Government Accountability Project
POB 1061
Medford, OR 97501
stephani@whistleblower.org

*Attorneys for Plaintiff*

*/s/ Chelsea A. Cruz*
______________________________
Chelsea A. Cruz