**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **CAROLYN OLECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:25-CV-00152** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>NOTICE OF WITHDRAWAL OF ATTORNEY CHELSEA A. CRUZ</u>**

NOTICE IS HEREBY GIVEN that, effective May 22, 2026, Chelsea A. Cruz of Ward &
Berry, PLLC will no longer be associated with Ward & Berry, PLLC, and therefore withdraws as
counsel for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA").
Daniel S. Ward and Paxton R. L. Ouellette of Ward & Berry, PLLC, remain counsel of record for
Defendant MSA.

Respectfully submitted,

Date: May 21, 2026

*/s/ Chelsea A. Cruz*

_____

Chelsea A. Cruz (VSB 96177)
Daniel S. Ward (VSB 45978)
Paxton R. L. Ouellette (VSB 101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
chelsea@wardberry.com
dan@wardberry.com
pouellette@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026, I electronically filed the foregoing with the Clerk

of the Court for the United States District Court for the Western District of Virginia by using the

CM/ECF system. I certify that the following participants in the case are registered CM/ECF

users and that service will be accomplished by the CM/ECF system.

Joshua Erlich (VA Bar No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA22209
jerlich@erlichlawoffice.com

Stephani L. Ayers (*pro hac* admission pending)
Government Accountability Project
POB 1061
Medford, OR 97501
stephani@whistleblower.org

*Attorneys for Plaintiff*

/s/ Chelsea A. Cruz

_____

Chelsea A. Cruz