**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**CAROLYN OLECH**,

Plaintiff,

v. Civil Action No. 5:25-cv-00152

**MICHAEL STAPLETON ASSOCIATES, LTD.,**
**d/b/a MSA SECURITY, INC.**,

Defendant.

**CONSENT MOTION FOR A 30-DAY EXTENSION OF**
**THE DEADLINE FOR PLAINTIFF'S RULE 26(a)(2) INITIAL EXPERT DISCLOSURES**

Plaintiff Carolyn Olech, by counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a thirty (30) day extension of the deadline for Plaintiff's Rule 26(a)(2) initial expert disclosures set forth in the Court's Scheduling Order [ECF No. 12]. Counsel for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. has been consulted and consents to the relief requested herein. In support of this motion, Plaintiff states as follows:

1. On April 15, 2026, the Court entered a Scheduling Order setting, among other deadlines, Plaintiff's Rule 26(a)(2) initial expert disclosures at 80 days from the date of the order, or July 6, 2026. [ECF No. 12 at 1.] This motion is filed on that operative deadline and is therefore timely under FRCP 6 and consistent with the scheduling order.

2. Plaintiff’s counsel was out of the office in June and early July due to unmovable family commitments, including pre-planned family vacation, and has been unable to complete

any necessary coordination with the client and potential expert witnesses as to finalizing any expert reports. Additionally, potential expert witnesses have had their own limitations due to summer family commitments and unable to complete reports in the short timeframe requested.

3. Additional time is needed for Plaintiff to complete the necessary details of any expert disclosures and for the witnesses to prepare a written report that conforms to the requirements of Rule 26(a)(2)(B). Coordinating scheduling with prospective experts and allowing each retained expert sufficient time to complete review of the case record and prepare a thorough, compliant written report, requires more time than remains under the current deadline. Plaintiff has not requested any prior extension here.

4. Good cause, including unmovable family commitments, exists for the requested extension. The requested extension is not sought for purposes of delay, is not the product of belated settlement negotiations or a failure to initiate discovery in a timely manner and does not reflect a lack of diligence. Plaintiff's counsel has been actively working to identify and evaluate appropriate expert witnesses throughout the disclosure period and requires additional time solely to ensure that if there is any expert report that it is complete, accurate, and fully compliant with Rule 26(a)(2)(B).

5. The requested 30-day extension will not affect any other deadline in the Scheduling Order except as necessary to preserve the sequence of expert disclosures; Plaintiff does not object to a corresponding 30-day extension of Defendant's initial expert disclosure deadline, if Defendant needs.

6**.** No trial date has been set in this matter, and the requested extension will not affect the discovery cutoff, the dispositive motions deadline, or any other date set by the Court.

**CONCLUSION**

For the foregoing reasons, and with the consent of Defendant, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff's Rule 26(a)(2) initial expert disclosures from July 6, 2026, to and including August 5, 2026.

Respectfully submitted,

*/s/ Stephani Ayers*

Stephani L. Ayers, PHV
Government Accountability Project
1612 K Street, N.W. Suite 808
Washington, D.C. 20006
(813) 382-7865
stephania@whistleblower.org

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2026, a true and correct copy of the foregoing Plaintiff's Consent Motion for a 30-Day Extension of the Deadline for Plaintiff's Rule 26(a)(2) Initial Expert Disclosures was served on all counsel of record via the Court's CM/ECF electronic filing system.

*<u>/s/ Stephani Ayers</u>*

Stephani L. Ayers, PHV
Government Accountability Project
1612 K Street, N.W. Suite 808
Washington, D.C. 20006
(813) 382-7865
stephania@whistleblower.org

*Attorney for Plaintiff*