**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **CAROLYN OLECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:25-CV-00152** |
| | ) | |
| **v.** | ) | |
| | ) | **CONSENT MOTION FOR** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **A 30-DAY EXTENSION OF** |
| **d/b/a MSA SECURITY, INC.** | ) | **THE DEADLINE FOR** |
| | ) | **DEFENDANT'S RULE 26(a)(2)** |
| **Defendant.** | ) | **INITIAL EXPERT** |
| | ) | **DISCLOSURES AND REPORTS** |

Defendant Michael Stapleton Associates, LTD., d/b/a MSA Security, Inc. ("MSA"), by counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a thirty (30)-day extension of the deadline for MSA's Rule 26(a)(2) initial expert disclosures and retained expert reports set forth in the Court's Scheduling Order [ECF No. 12]. Counsel for Plaintiff Carolyn Olech has been consulted and consents to the relief requested herein. In support of this motion, MSA states as follows:

1. On April 15, 2026, the Court entered a Scheduling Order setting, among other deadlines, Defendant's Rule 26(a)(2) initial expert disclosures and retained expert reports for 30 days after Plaintiff's initial expert disclosures, or August 7, 2026. ECF No. 12 at 1. This motion is filed on that operative deadline and is therefore timely under Federal Rule of Civil Procedure 6(b) and consistent with the Scheduling Order.

2. On July 6, 2026, Plaintiff's counsel asked if MSA would consent to a 30-day extension of Plaintiff's deadline to serve her initial expert disclosures. MSA's counsel consented to the request, and the Court entered an oral order granting Plaintiff's Motion to Extend on July 7, 2026. ECF No. 22. On July 16, 2026, MSA's counsel asked if Plaintiff would consent to a similar motion

on behalf of MSA. Plaintiff's counsel confirmed that Plaintiff consents to the requested extension on July 17, 2026.

3. Good cause exists for the requested extension. Presently, Defendant's initial expert disclosures, retained expert reports, and non-retained expert disclosures are due on August 7, 2026, or two days after Plaintiff's. Plaintiff stated in her Motion to Extend that she does not object to a corresponding 30-day extension of Defendant's initial expert disclosure deadline, if Defendant requires one. The requested extension is modest, unopposed, and will preserve the sequence of expert disclosures without affecting any other case deadlines.

4. Further, the requested extension will not affect any other deadline in the Scheduling Order except as necessary to preserve the sequence of expert disclosures. No trial date has been set in this matter, and the requested extension will not affect the discovery cutoff, the dispositive motions deadline, or any other date set by the Court.

## CONCLUSION

For the foregoing reasons, and with the consent of Plaintiff, Defendant respectfully requests that the Court extend the deadline for Defendant's Rule 26(a)(2) initial expert disclosures and retained expert reports to 30 days after Plaintiff serves her Rule 26(a)(2) initial expert disclosures and retained expert reports.

Respectfully submitted,

/s/ Paxton R. L. Ouellette
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Paxton R. L. Ouellette (101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160

(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
pouellette@wardberry.com
*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 21, 2026, a true and correct copy of the foregoing Defendant's Consent Motion for an Extension of the Deadline for Defendant's Rule 26(a)(2) Initial Expert Disclosures and Reports was served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Paxton R. L. Ouellette
Paxton R. L. Ouellette (101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
pouellette@wardberry.com
*Attorney for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*