**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| CAROLYN OLECH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:25-cv-00152 |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, | ) | |
| LTD., d/b/a MSA SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Carolyn Olech, by and through undersigned counsel, hereby submits a Status Report pursuant to Paragraph 24 of this Court's April 15, 2026, Scheduling Order (ECF No. 12), which directs the parties to file a joint midstream status report advising the Court of their progress in discovery, any obstacles to completing discovery, the potential for case resolution, and any other anticipated issues.

I. Discovery is proceeding, but the parties have made limited progress to date. The parties have exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), and Plaintiff has served her initial expert disclosures on Defendant in accordance with the deadlines set forth in the Scheduling Order. The parties otherwise report that discovery has advanced minimally since entry of the Scheduling Order, as detailed below.

II. Plaintiff has served her initial expert witness disclosures on Defendant pursuant to Federal Rule of Civil Procedure 26(a)(2) and Paragraph 6 of the Scheduling Order.

III. Defendant has provided Plaintiff with a proposed confidentiality and protective order governing the exchange of discovery materials. Plaintiff is presently reviewing the

proposed order and anticipates responding to Defendant with any comments or proposed revisions in the near term.

IV. On July 10, 2026, Plaintiff served Defendant with her First Set of Interrogatories and First Requests for Production of Documents pursuant to Federal Rules of Civil Procedure 33 and 34. On August 10, 2026, Defendant filed its objections but has not produced any responsive documents.

V. The parties identify a key obstacle to completing discovery is the Defendant has represented that it must submit responsive documents for review to the Department of State under the Touhy process. We are hopeful this can be accomplished within the deadline set by the Scheduling Order. The parties will continue to meet and confer as necessary to resolve any discovery issues that may arise and, consistent with Paragraph 19 of the Scheduling Order, will contact Magistrate Judge Hoppe's chambers before filing any discovery motion.

VI. As of the date of this report, the parties have not engaged in substantive settlement negotiations. The parties remain open to discussing the potential for resolution of this matter as discovery progresses and will promptly notify the Court in the event the case is resolved.

Respectfully submitted,

Date: August 13, 2026

*/s/ Stephani Ayers*

Stephani L. Ayers
Government Accountability Project
1612 K Street, N.W. Suite 808

Washington, D.C. 20006
(813) 382-7865
stephania@whistleblower.org

*Attorney for Plaintiff Carolyn Olech*