**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA HARRISONBURG DIVISION**

**CAROLYN OLECH,**

***Plaintiff,***

**v.**

**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**

***Defendant.***

**Case No. 5:25-cv-00152**

**MOTION FOR A CONFIDENTIALITY ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(c)**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Michael Stapleton Associates, Ltd., d/b/a/ MSA Security, Inc. ("MSA"), by counsel, respectfully moves for entry of the attached proposed Confidentiality Order on the grounds that (1) MSA's contract with the U.S. Department of State ("DoS") deems all program-related materials confidential and the property of DoS; (2) the discovery sought by Plaintiff Carolyn Olech ("Plaintiff" or "Olech") must be requested through the Department of State's Touhy Process outlined in 22 C.F.R. Part 172; and (3) ; and (3) Plaintiff seeks employment information pertaining to non-parties. There exists good cause to support this motion.

In support of this motion, MSA submits the accompanying Memorandum of Law in Support and proposed Confidentiality Order.[1]

Date: October 7, 2026

Respectfully submitted,

/s/ Paxton R. L. Ouellette
Daniel S. Ward (VSB 45978)
Paxton R. L. Ouellette (VSB 101680)
WARD & BRADEL, PLLC
1751 Pinnacle Drive, Suite 900

[1] Three changes have been made to the proposed Confidentiality Order since it was provided to Plaintiff in May 2026: Ward & Bradel, PLLC, replaces Ward & Berry, PLLC to reflect our name change, the spelling of "Confidentiality" has been corrected; and Paxton Ouellette has been added as counsel for MSA.

Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardbradel.com
pouellette@wardbradel.com
*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Joshua Erlich
The Erlich Law Office
1550 Wilson Blvd #700
Arlington, VA 22209
(703) 791-9087
jerlich@erlichlawoffice.com

Stephani L. Ayers
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(813) 382-7865
stephani@whistleblowerdefenders.com

/s/ Paxton R. L. Ouellette
Paxton R. L. Ouellette