# EXHIBIT 1

Outlook

## Fw: Olech Protective Order

**From** Paxton Ouellette <POuellette@wardbradel.com>
**Date** Wed 9/23/2026 2:12 PM
**To** Marianne Fichtel <mariannef@whistleblower.org>; Stephani Ayers <stephania@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>; Kristin Berg <kristinb@whistleblower.org>
**Cc** Daniel Ward <dan@wardbradel.com>

1 attachment (51 KB)
2026 05 25 Olech Protective Order.docx;

Hi All,

Please see attached the protective order.

Best,

Paxton

---

**From:** Daniel Ward <dan@wardberry.com>
**Sent:** Wednesday, July 22, 2026 6:51 PM
**To:** Joshua Erlich <jerlich@erlichlawoffice.com>; Stephani Ayers <stephania@whistleblower.org>
**Cc:** Paxton Ouellette <POuellette@wardberry.com>; Kerry McCarthy <kerry@wardberry.com>
**Subject:** Re: Olech Protective Order

Josh & Stephani — circling back once again. We cannot respond to your discovery requests without having a protective order in place. I have re-attached the draft I sent you in May.

Thanks,

Dan

WARD & BERRY
Chambers RANKED IN USA 2026
Daniel S. Ward
Partner & Co-Founder
(202) 331-8160
dan@wardberry.com
www.wardberry.com

---

**From:** Daniel Ward <dan@wardberry.com>
**Date:** Monday, July 13, 2026 at 4:43 PM
**To:** Joshua Erlich <jerlich@erlichlawoffice.com>; Stephani Ayers <stephania@whistleblower.org>
**Cc:** Paxton Ouellette <POuellette@wardberry.com>; Kerry McCarthy <kerry@wardberry.com>

**Subject:** Re: Olech Protective Order

Josh and Stephani,

Circling back on this. Please advise.

Thanks,

Dan

WARD & BERRY
Daniel S. Ward
Partner & Co-Founder
(202) 331-8160
dan@wardberry.com

---

**From:** Daniel Ward <dan@wardberry.com>
**Date:** Tuesday, May 26, 2026 at 7:02 PM
**To:** Joshua Erlich <jerlich@erlichlawoffice.com>; Stephani Ayers <stephania@whistleblower.org>
**Cc:** Paxton Ouellette <POuellette@wardberry.com>; Kerry McCarthy <kerry@wardberry.com>
**Subject:** Olech Protective Order

Josh and Stephani,

Attached please find a proposed protective order for the Olech matter. It is the same form as that used in Iovino and Lancaster. Please let me know if you will consent to its entry.

Thanks,

Dan

WARD & BERRY
Daniel S. Ward
Partner & Co-Founder
(202) 331-8160
dan@wardberry.com