# EXHIBIT 2

Outlook

## Re: Meet and Confer Regarding Discovery Responses

**From** Marianne Fichtel <mariannef@whistleblower.org>
**Date** Mon 9/21/2026 8:05 PM
**To** Paxton Ouellette <POuellette@wardbradel.com>; Daniel Ward <dan@wardbradel.com>
**Cc** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>; Kerry McCarthy <kerry@wardbradel.com>

Confirmed. I'll send around a Teams invitation for Wed, 9/23 at 2pm.

**Marianne S. Fichtel | she/her**
*Staff Attorney & Intake Coordinator*

**Government Accountability Project**
1612 K Street NW, Suite 808
Washington, DC 20006
Direct Line: (202) 926-3318
Main Office Number: (202) 457-0034
Email: mariannef@whistleblower.org

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and any related metadata is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Paxton Ouellette <POuellette@wardbradel.com>
**Sent:** Monday, September 21, 2026 8:55 AM
**To:** Marianne Fichtel <mariannef@whistleblower.org>; Daniel Ward <dan@wardbradel.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>; Kerry McCarthy <kerry@wardbradel.com>
**Subject:** Re: Meet and Confer Regarding Discovery Responses

Hi Marianne,

We are available at 2pm on Wednesday.

Best,

Paxton

---

**From:** Marianne Fichtel <mariannef@whistleblower.org>
**Sent:** Friday, September 18, 2026 10:57 PM
**To:** Paxton Ouellette <POuellette@wardbradel.com>; Daniel Ward <dan@wardbradel.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich

<jerlich@erlichlawoffice.com>; Kerry McCarthy <kerry@wardbradel.com>
**Subject:** Re: Meet and Confer Regarding Discovery Responses

Hi Paxton,

We have a meeting that starts at 3pm on Tuesday 9/22--is there a window that works for you and Dan on Wednesday 9/23 (starting at/after 11:30am and ending at/before 3pm) or Thursday 9/24 (starting at/after 10:30am and ending at/after 3pm)?

Thanks,
Marianne

**Marianne S. Fichtel | she/her**
*Staff Attorney & Intake Coordinator*

**Government Accountability Project**
1612 K Street NW, Suite 808
Washington, DC 20006
Direct Line: (202) 926-3318
Main Office Number: (202) 457-0034
Email: mariannef@whistleblower.org

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and any related metadata is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Paxton Ouellette <POuellette@wardbradel.com>
**Sent:** Friday, September 18, 2026 1:28 PM
**To:** Marianne Fichtel <mariannef@whistleblower.org>; Daniel Ward <dan@wardbradel.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>; Kerry McCarthy <kerry@wardbradel.com>
**Subject:** Re: Meet and Confer Regarding Discovery Responses

Hi Marianne,

3:00 PM on Tuesday still works for us. Dan did have a conflict come up, however, will need to conclude by 3:30 PM. If you anticipate that we will need more than 30 minutes for the meet and confer, would you mind suggesting a few alternative times that work for you?

Best,
Paxton

---

**From:** Marianne Fichtel <mariannef@whistleblower.org>
**Sent:** Tuesday, September 15, 2026 5:42 PM
**To:** Paxton Ouellette <POuellette@wardbradel.com>; Daniel Ward <dan@wardbradel.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>; Kerry McCarthy <kerry@wardbradel.com>
**Subject:** Re: Meet and Confer Regarding Discovery Responses

Hi Paxton,

It looks like Tuesday, 9/22 from noon to 3pm is available. Will put a placeholder during that block; just let me know when you are able to confirm.

Thanks,
Marianne

**Marianne S. Fichtel | she/her**
*Staff Attorney & Intake Coordinator*

**Government Accountability Project**
1612 K Street NW, Suite 808
Washington, DC 20006
Direct Line: (202) 926-3318
Main Office Number: (202) 457-0034
Email: mariannef@whistleblower.org

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and any related metadata is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Paxton Ouellette <POuellette@wardbradel.com>
**Sent:** Monday, September 14, 2026 5:01 PM
**To:** Marianne Fichtel <mariannef@whistleblower.org>; Daniel Ward <dan@wardbradel.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>; Kerry McCarthy <kerry@wardbradel.com>
**Subject:** Re: Meet and Confer Regarding Discovery Responses

Hi Marianne,

Thank you — I need to discuss this with Dan. Does a time from noon to 6PM on 9/22 work?

Best,

Paxton

---

**From:** Marianne Fichtel <mariannef@whistleblower.org>
**Sent:** Friday, September 11, 2026 4:03 PM
**To:** Daniel Ward <dan@wardbradel.com>; Paxton Ouellette <POuellette@wardbradel.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Kristin Berg <kristinb@whistleblower.org>; Joshua Erlich <jerlich@erlichlawoffice.com>
**Subject:** Meet and Confer Regarding Discovery Responses

Hi Dan and Paxton,

Attached please find Plaintiff's meet-and-confer letter regarding Defendant's responses to Plaintiff's First Set of Discovery Requests.

Please review the letter and let me know your availability for a meet-and-confer call next week. I am available on **Tuesday (9/15)** between 10am and 1pm, **Wednesday (9/16)** between 10am and 2pm, and **Thursday (9/17)** between 1pm and 3pm.

Thank you,

Marianne

**Marianne S. Fichtel | she/her**
*Staff Attorney & Intake Coordinator*

**Government Accountability Project**
1612 K Street NW, Suite 808
Washington, DC 20006
Direct Line: (202) 926-3318
Main Office Number: (202) 457-0034
Email: mariannef@whistleblower.org

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution of this communication and any related metadata is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.