**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

CAROLYN OLECH, D.V.M.,

Plaintiff,

v.

MICHAEL STAPLETON ASSOCIATES, LTD., d/b/a MSA SECURITY, INC.,

Defendant.

Case No. 5:25-cv-00152

**MOTION FOR ADMISSION OF THAD M. GUYER PRO HAC VICE**

Pursuant to Rule 6(d) of the Local Rules of the United States District Court for the Western District of Virginia, the undersigned, Joshua H. Erlich, a member of the bar of this Court and counsel of record for Plaintiff Carolyn Olech, D.V.M., moves the Court for an order permitting Thad M. Guyer to appear pro hac vice on behalf of Plaintiff in this action, in association with the undersigned. In support of this Motion, movant states as follows:

1. Mr. Guyer is an attorney with T.M. Guyer & Friends, PC, 116 Mistletoe Street, Medford, Oregon 97501. His telephone number is (202) 227-3590, and his email address is thad@guyerfriends.com.

2. Mr. Guyer is not licensed to practice under the laws of Virginia. He is qualified and licensed to practice before the highest courts of the States of Oregon (Bar No. 821443), Tennessee (BPR No. 006167), and Arkansas (Bar No. 80183), and he is an active member in good standing of each of those bars. He is therefore eligible for admission pro hac vice under Local Rule 6(d). A certificate of good standing issued by the Oregon State Bar on October 8, 2026 is attached as Exhibit B.

3. Mr. Guyer has previously been admitted pro hac vice in this Court and Division, in companion litigation against the same Defendant. *Iovino v. Michael Stapleton Associates, Ltd.*, No. 5:21-cv-00064 (W.D. Va.), ECF No. 44 (Aug. 3, 2022) (oral order granting pro hac vice admission).

4. The Declaration of Thad M. Guyer, attached as Exhibit A, sets forth his bar admissions and discloses prior disciplinary, court, and administrative license matters, including the show cause proceeding in the *Iovino* action, which this Court concluded with an order finding that no sanction was warranted.

5. Stephani L. Ayers is admitted pro hac vice in this action on behalf of Plaintiff. ECF No. 10 (Apr. 14, 2026). Mr. Guyer will serve as co-counsel with Ms. Ayers.

6. Mr. Guyer will appear only in association with the undersigned, who will remain counsel of record for Plaintiff. Mr. Guyer has agreed to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the standards of professional conduct applicable to attorneys practicing before this Court. Upon admission, he will promptly qualify for electronic case filing and file a notice of appearance, as Local Rule 6(d) requires.

7. The pro hac vice admission fee is tendered with this Motion.

WHEREFORE, movant respectfully requests that the Court grant this Motion and enter the proposed order attached as Exhibit C, permitting Thad M. Guyer to appear pro hac vice on behalf of Plaintiff Carolyn Olech, D.V.M. in this action.

Dated: October 10, 2026

Respectfully submitted,

*/s/ Joshua H. Erlich*
Joshua H. Erlich (VSB No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Suite 700

Arlington, VA 22209
(703) 791-9087
jerlich@erlichlawoffice.com

Counsel for Plaintiff Carolyn Olech, D.V.M.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Joshua H. Erlich*
Joshua H. Erlich (VSB No. 81298)