**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

CAROLYN OLECH, D.V.M.,

Plaintiff,

v.

MICHAEL STAPLETON ASSOCIATES, LTD., d/b/a MSA SECURITY, INC.,

Defendant.

Case No. 5:25-cv-00152

**ORDER GRANTING MOTION FOR ADMISSION OF THAD M. GUYER PRO HAC VICE**

This matter is before the Court on the Motion for Admission of Thad M. Guyer Pro Hac Vice, filed by Joshua H. Erlich, a member of the bar of this Court and counsel of record for Plaintiff. Upon consideration of the Motion and the Declaration of Thad M. Guyer, and it appearing that Mr. Guyer is qualified under Local Rule 6(d), it is hereby

**ORDERED** that the Motion is **GRANTED**. Thad M. Guyer is admitted pro hac vice to appear on behalf of Plaintiff Carolyn Olech, D.V.M. in this action, in association with Joshua H. Erlich. Mr. Guyer shall promptly qualify for electronic case filing and file a notice of appearance.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this ____ day of ______________, 2026.

______________________________
United States Judge