# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **CAROLYN OLECH,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**<br><br>*Defendant.* | **Case No. 5:25-cv-00152**<br><br>**DECLARATION OF PAXTON OUELLETTE** |

I, Paxton Ouellette, pursuant to 28 U.S. Code § 1746, hereby declare and state as follows:

1. I am an Attorney at Ward & Bradel, PLLC. I represent Defendant Michael Stapleton Associates, Ltd. ("MSA") in this matter. I make this declaration in support of Defendant MSA's Reply Memorandum in Support of Its Motion for a Confidentiality Order Under Federal Rule of Civil Procedure ("FRCP") 26(c). I have personal knowledge of the facts set forth in this declaration. I could and would competently testify to the facts set forth below if called and sworn as a witness.

2. Plaintiff cites 15 depositions from the *Iovino v. Michael Stapleton Associates, Ltd.*, Case No. 5:21-cv-00064-TTH-JCH (W.D. Va.) lawsuit in her Opposition to MSA's Motion for a Confidentiality Order Under Federal Rule of Civil Procedure 26(c). I calculated the total on-the-record duration of depositions as follows.

3. The video recording of the Department of State's ("DoS") FRCP 30(b)(6) deponent Sharon James runs for 1 hour, 12 minutes, and 55 seconds.

4. The transcript of Alan Bower shows that the parties went on the record at 1:36 p.m.

and went off the record at 2:24 p.m. The parties went back on the record at 2:29 p.m. and went off the record at 2:32 p.m. This accounts for a total on-the-record time of 51 minutes.

5. The video recording of MSA's FRCP 30(b)(6) deponent Kevin Dragnett runs for 3 hours and 8 seconds.

6. The video recording of Nick Sabruno runs for 1 hour, 24 minutes, and 7 seconds.

7. The video recording of Peter Deegan runs for 33 minutes and 3 seconds.

8. The transcript of Dr. Lee Palmer shows that the parties went on the record at 1:01 p.m. and went off the record at 1:18 p.m. This accounts for a total on-the-record time of 17 minutes.

9. The video recording of Michael Hayes runs for 1 hour, 8 minutes, and 44 seconds.

10. The video recording of Cathy Read runs for 41 minutes and 37 seconds.

11. The video recording of Gerald Goss runs for 2 hours, 12 minutes, and 2 seconds.

12. The video recording of Sharon James runs for 1 hour, 53 minutes, and 38 seconds.

13. The video recording of Dr. Michael Ratcliff runs for 1 hour, 19 minutes, and 41 seconds.

14. The video recording of Anna Garcia-Durr runs for 22 minutes and 51 seconds.

15. The video recording of Jennifer Hartley runs for 1 hour, 16 minutes, and 44 seconds.

16. The video recording of DoS Office of the Inspector General's FRCP 30(b)(6) deponent Jeffrey McDermott runs for 2 hours, 29 minutes, and 44 seconds.

17. The transcript of James Olds shows the parties went on the record at 11:52 a.m. and went off the record at 1:08 p.m. The parties went back on the record at 1:21 p.m. and went off the record at 1:24 p.m. This accounts for a total on-the-record time of 1 hour and 19 minutes.

18. The total time for all 15 recordings and transcripts for depositions taken by Dr.

Iovino's counsel is 20 hours, 2 minutes, and 14 seconds (20:02:14).

19. Dividing the total deposition time of 20:02:14 by 45, the number of objections by counsel for DoS or MSA on the ground that questions exceeded the scope of DoS's *Touhy* authorization, yields an average of approximately 1 such objection per 26 minutes and 43 seconds of deposition testimony.

20. Dividing the total deposition time of 20:02:14 by 12, the number of times counsel for DoS or MSA instructed witnesses not to answer, yields an average of approximately 1 such instruction per 1 hour, 40 minutes, and 11 seconds of deposition testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2026, at Tysons, Virginia.

By: ______________________
Paxton R. L. Ouellette