# EXHIBIT 4

Outlook

**Re: [External] Re: Olech v. MSA, No. 5:25-cv-00152: request to use Iovino confidential-designated documents (response due tonight)**

**From** Thad Guyer <thad@guyerayers.com>
**Date** Fri 10/23/2026 9:07 AM
**To** Lint, Samantha G <lintsg@state.gov>
**Cc** greensteinjd <greensteinjd@state.gov>; Daniel Ward <dan@wardbradel.com>; Thad M. Guyer <thad@lawfriends.ai>; Paxton Ouellette <POuellette@wardbradel.com>; krista.frith@usdoj.gov <krista.frith@usdoj.gov>; wallaj@state.gov <wallaj@state.gov>; seth.m.gilmore@stateoig.gov <seth.m.gilmore@stateoig.gov>; jerlich@erlichlawoffice.com <jerlich@erlichlawoffice.com>; stephania@whistleblower.org <stephania@whistleblower.org>; mariannef@whistleblower.org <mariannef@whistleblower.org>; jaredg@whistleblower.org <jaredg@whistleblower.org>

Hi Samantha thank you for responding so promptly. We are trying to still challenge the whole Touhy process, but thank you for your kind invitation. I look forward to working with you on this case if you were going to be involved in it. Thad

Sent from my iPhone

On Oct 23, 2026, at 8:26 AM, Lint, Samantha G <LintSG@state.gov> wrote:

Good morning, all,

Thank you for reaching out and keeping Department of State updated. As *Olech* is a separate and distinct matter from *Iovino*, Plaintiff is welcome to submit a *Touhy* request to the Department of State with respect to the official Department information Plaintiff seeks to use in support of these motions.

Best regards,

Samantha Gogol Lint
Attorney-Adviser
U.S. Department of State
Office of the Legal Adviser
Management / Diplomatic Security
202-813-2909
<image003.png>

**From:** Greenstein, Jaclyn D <GreensteinJD@state.gov>
**Sent:** Thursday, October 22, 2026 5:24 PM
**To:** Daniel Ward <dan@wardbradel.com>; Thad M. Guyer <thad@lawfriends.ai>
**Cc:** Paxton Ouellette <POuellette@wardbradel.com>; krista.frith@usdoj.gov; wallaj@state.gov; seth.m.gilmore@stateoig.gov; jerlich@erlichlawoffice.com; stephania@whistleblower.org; mariannef@whistleblower.org; jaredg@whistleblower.org; Lint, Samantha G <LintSG@state.gov>
**Subject:** RE: [External] Re: Olech v. MSA, No. 5:25-cv-00152: request to use Iovino confidential-designated documents (response due tonight)

I'm copying in my colleague at Department of State, Office of the Legal Adviser, Samantha Lint.

**Jaclyn Greenstein**
Team Lead, Attorney Adviser
U.S. Department of State
Office of the Legal Adviser (L/M/DS)
Teams: 771.205.3953
<image004.png>

---

**From:** Daniel Ward <dan@wardbradel.com>
**Sent:** Wednesday, October 21, 2026 5:15 PM
**To:** Thad M. Guyer <thad@lawfriends.ai>
**Cc:** Paxton Ouellette <POuellette@wardbradel.com>; krista.frith@usdoj.gov; Greenstein, Jaclyn D <GreensteinJD@state.gov>; wallaj@state.gov; seth.m.gilmore@stateoig.gov; jerlich@erlichlawoffice.com; stephania@whistleblower.org; mariannef@whistleblower.org; jaredg@whistleblower.org
**Subject:** [External] Re: Olech v. MSA, No. 5:25-cv-00152: request to use Iovino confidential-designated documents (response due tonight)

You don't often get email from dan@wardbradel.com. Learn why this is important

Thad,

First, welcome back!

Second, I am headed to a meeting right now and cannot meet your rather arbitrary deadline. In the future, please do not send an email with 18 attachments at the end of the day expecting me to review, consent, agree, deny, etc. by 9:00 that evening. In the future, please provide ample time (more than 4 hours?) and notice and I'll be happy to accommodate.

I am happy to have you back in my life but simply cannot meet your rather aggressive deadline.

Thanks,

Dan

<image005.jpg> Dan Ward
Partner
(202) 331-8160
dan@wardbradel.com

---

**From:** Thad M. Guyer <thad@lawfriends.ai>
**Date:** Wednesday, October 21, 2026 at 4:46 PM
**To:** Daniel Ward <dan@wardbradel.com>
**Cc:** Paxton Ouellette <POuellette@wardbradel.com>; Ryan Berry <ryan@wardberry.com>; krista.frith@usdoj.gov <krista.frith@usdoj.gov>; greensteinjd <greensteinjd@state.gov>; wallaj@state.gov <wallaj@state.gov>; seth.m.gilmore@stateoig.gov <seth.m.gilmore@stateoig.gov>; jerlich@erlichlawoffice.com <jerlich@erlichlawoffice.com>; stephania@whistleblower.org <stephania@whistleblower.org>; mariannef@whistleblower.org <mariannef@whistleblower.org>; jaredg@whistleblower.org <jaredg@whistleblower.org>
**Subject:** Olech v. MSA, No. 5:25-cv-00152: request to use Iovino confidential-designated documents (response due tonight)

You don't often get email from thad@lawfriends.ai. Learn why this is important

Hi Dan,

Plaintiff's opposition to MSA's Motion for a Confidentiality Order (ECF No. 29) is due tonight. I am writing for MSA's position on two motions we intend to file, and I am attaching drafts of both, with proposed orders, so you can see exactly what we are asking for.

Why we are asking. MSA's motion rests on the orders entered in Iovino. I was lead counsel in Iovino and took every deposition. Plaintiff's opposition will be supported by my declaration describing how those orders worked in practice. A draft of that declaration is attached. It is still a working draft and will change before filing, but I am including it so you know what we are talking about.

Some of the most relevant Iovino evidence was designated confidential under the Iovino Confidentiality Order (Iovino ECF No. 67), and paragraph 1 of that order limits designated material to use in Iovino. The material is:

1. State Department emails of August 1, 4, and 7, 2017, among Cathy Read, Nick Sabruno, Loren Bachman, Courtney Barno, and others, Bates DOS-IOVINO-00671 through -00675 (filed in Iovino as Amended Exhibit 16, ECF No. 302).

2. OIG's 2018 interview summaries, Bates DOS OIG000136 through -000147, including the interviews of Ms. Read, Gerald Goss, Peter Deegan, and Zane Roberts (filed in Iovino at ECF No. 272-2).

3. The deposition testimony reading those summaries into the record: McDermott (OIG 30(b)(6)) Dep. 56:25-57:11, 89:11-22, and 93:2-8 (January 9, 2026), and Goss Dep. 59:1-60:24 (January 30, 2026).

This material goes to the heart of the question now before Judge Hoppe: whether MSA can show good cause for an order that lets the government deem documents confidential. It concerns communications among State Department officials and MSA about an MSA employee at the same facility who raised concerns about the canine program. We do not believe it is confidential. But we will not use it outside Iovino without the Court's permission, so tonight's filing will not attach or describe it.

What we intend to file:

A. In Iovino, Dr. Olech's motion to intervene for the limited purpose of modifying the Confidentiality Order to permit use of these specific materials in Olech, subject to the Olech court's sealing orders. The order survives the dismissal and provides for modification (ECF No. 67 paragraphs 23-24). The motion does not ask the Iovino court to decide whether the materials are properly designated.

B. In Olech, after the Iovino court rules, a motion under Local Civil Rule 9 for leave to file the materials under seal, so Judge Hoppe can consider them while their status is resolved.

Please tell me by 9:00 p.m. Eastern tonight:
(1) whether MSA will simply agree that these materials may be used in Olech, which would make both motions unnecessary;
(2) if not, whether MSA consents to or opposes motion A; and
(3) whether MSA consents to or opposes motion B.

Krista, Jaclyn, Amanda, and Seth, I am copying you because the Bates stamps show the State Department and OIG produced and designated these materials. Please let me know the Department's and OIG's positions on the same three questions.

Our papers tonight will tell the Court that this request was made today and is pending.

Thank you,

Thad M. Guyer
T.M. Guyer & Friends, PC
(202) 227-3590

The drafts and Exhibits 1 through 10 are also in this Dropbox folder, if the attachments are too large for your mail system:
https://www.dropbox.com/scl/fo/myijwchwskutpo2iw0p54/ABiepfdTwsg9UIOMrM7VBQ0?rlkey=rg2l4v8sz0pekatfw7nx8bhdk&dl=0
Exhibits 11 through 13 are not in the folder. They are attached to this email only.

Attachments:
- Draft Declaration of Thad M. Guyer (working draft)
- Draft Motion to Intervene and Modify Confidentiality Order (Iovino), with proposed order
- Draft Motion for Leave to File Exhibits Under Seal (Olech), with proposed order
- Declaration Exhibits 1 through 10 (deposition excerpts, Touhy letters, Fourth Circuit papers)
- Exhibits 11 through 13, the confidential-designated materials listed above. These are sent only to counsel for MSA, the State Department, and OIG, who produced or received them in Iovino, so you can see exactly what we propose to use. They will not be filed except as the courts permit.