CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 13, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| Carolyn Olech, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:25-cv-00152 |
| | ) | |
| Michael Stapleton Associates, LTD., d/b/a MSA Security, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on Defendant Michael Stapleton Associates, LTD.'s motion to dismiss for failure to state a claim, or in the alternative, strike portions of the complaint. (Dkt. 4.) For the reasons stated in the court's accompanying memorandum opinion, the motion to dismiss is **DENIED**. The motion to strike is **GRANTED** only as to paragraphs 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 60, 72(a), 72(b), and 72(c) of the complaint. The motion to strike is **DENIED** in all other respects.

The Clerk is directed to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

**ENTERED** this 13th day of November, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE